Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STENNET ROWE, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>INVESTMENT RETRIEVERS, INC. and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 2:19-cv-20652-SDW-LDW<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendants, in the above captioned matter, **with prejudice** and dismissed as to the claims made on behalf of the putative class without prejudice.

| | |
|---|---|
| *s/ Ben A. Kaplan*<br>Ben A. Kaplan, Esq.<br>CHULSKY KAPLAN LLC<br>280 Prospect Ave. 6G<br>Hackensack, NJ 07601<br>Phone: (877) 827-3395 ex 102<br>ben@chulskykaplanlaw.com<br>Attorneys for Plaintiff<br>Dated: March 3, 2020 | *s/ Peter T. Shapiro*<br>Peter T. Shapiro<br>**LEWIS BRISBOIS**<br>**BISGAARD & SMITH LLP**<br>One Riverfront Plaza, Suite 800<br>Newark, NJ 07102<br>(973) 577-6260<br>Peter.Shapiro@lewisbrisbois.com<br>Attorneys for Defendant<br>Dated: March 3, 2020 |

So Ordered
this 4th day of March 2020

Susan D. Wigenton, U.S.D.J.